# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
New York NY 10017-4030
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

*Via ECF*

**MEMO ENDORSED**

May 10, 2021

The Honorable Sidney H. Stein
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:    Idise v. Ponce Bank et al.**
**       Case No.: 21-cv-2263 (SHS)**

Dear Judge Stein,

We represent Defendants Ponce Bank and Ponce De Leon Mortgage Corporation (collectively, "Defendants") in the above-referenced matter. Pursuant to Rule 1(E) of Your Honor's Individual Practices, we respectfully request an adjournment of the Initial Pretrial Conference on May 13, 2021. Defendants make the instant request because counsel is unavailable to attend the Initial Pretrial Conference on the currently scheduled date. Plaintiff consents to this request. This is Defendants' first request for an adjournment of this conference, and no other deadlines have been scheduled in this case.

We appreciate Your Honor's attention to this request.

Respectfully yours,

*/s Lori Bauer*

Lori Bauer
(212) 545-4025 Direct
Lori.Bauer@JacksonLewis.com
Jackson Lewis P.C.

cc:    Counsel of Record (*via* ECF)

**The conference is adjourned to May 21, 2021, at 9:30 a.m.**

Dated: New York, New York
       May 10, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.