UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

OVIE IDISE,                                    :    21-Cv-2263 (SHS)

                Plaintiff,           :    <u>ORDER</u>

    -v-                                        :

PONCE BANK, formerly known as Ponce De,        :
Leon Federal Bank and PONCE DE LEON
MORTGAGE CORPORATION,                          :

                Defendants.          :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A pretrial conference having been held today via teleconference, with counsel for all parties participating,

      IT IS HEREBY ORDERED that:

1. The last day for completion of discovery remains at October 21, 2021;

2. There will be a status teleconference on November 4, 2021, at 10:00 a.m.;

3. Defendants' motion for summary judgment shall be filed by January 4, 2022;

4. Plaintiff's response to the motion shall be filed by January 25, 2022;

5. Defendants' reply to the motion shall be filed by February 1, 2022; and

6. The Court will refer this matter to the Court annexed mediation program.

Dated: New York, New York
       September 9, 2021

                                            SO ORDERED:

                                            Sidney H. Stein, U.S.D.J.