UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

OVIE IDISE,

              Plaintiff,

    -against-                        Case No.: 21-cv-2263 (SHS)

PONCE BANK, formerly known as PONCE
DE LEON FEDERAL BANK, and PONCE       **REVISED**
DE LEON MORTGAGE CORPORATION,       **SCHEDULING ORDER**

              Defendants.

-------------------------------------------------------------------X

SIDNEY H. STEIN, U.S. District Judge.

        IT IS HEREBY ORDERED that:

1. The last day for the completion of fact discovery shall be extended from October 18, 2021 to **December 17, 2021**;

2. The last day for the completion of expert discovery shall be extended from December 1, 2021 to **February 1, 2022**;

3. Defendants' deadline to file their motion for summary judgment shall be extended from January 4, 2022 to **March 4, 2022**;

4. Plaintiff's deadline to respond to the motion shall be extended from January 25, 2022 to **March 25, 2022**; and

5. Defendants' deadline to reply to the motion shall be extended from February 1, 2022 to **April 1, 2022**.

6. *Status conference adjourned from Nov 4 to Dec 16 at 9:30 A.M.*

SO ORDERED

Dated: October 7, 2021
       New York, New York

                                          Sidney H. Stein
                                          United States District Judge