UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

OVIE IDISE,

                Plaintiff,

    -against-                        Case No.: 21-cv-2263 (SHS)

PONCE BANK, formerly known as PONCE
DE LEON FEDERAL BANK, and PONCE        ~~PROPOSED~~ **REVISED**
DE LEON MORTGAGE CORPORATION,        **SCHEDULING ORDER**

                Defendants.

------------------------------------------------------------X

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that:

1. The last day for the completion of fact discovery shall be extended from December 17, 2021 to **January 28, 2022**;

2. The last day for the completion of expert discovery shall be extended from February 1, 2022 to **March 15, 2022**;

3. Defendants' deadline to file their motion for summary judgment shall be extended from March 4, 2022 to **April 15, 2022**;

4. Plaintiff's deadline to respond to the motion shall be extended from March 25, 2022 to **May 6, 2022**;

5. Defendants' deadline to reply to the motion shall be extended from April 1, 2022 to **May 13, 2022**; and

6. The status teleconference conference is adjourned from December 16, 2021 to **January 27, 2022**, at 11:00 a.m.

7. *No further adjournments of fact discovery deadline of Jan. 28, 2022*

SO ORDERED

Dated: December 1, 2021
       New York, New York

                                            Sidney H. Stein
                                            United States District Judge