# DeToffol & Gittleman

ATTORNEYS AT LAW

125 Maiden Lane - Suite 5C        www.ddtlaw.com        telephone (212) 962 - 2220
New York, New York 10038                                 facsimile  (212) 962 - 22210

January 26, 2022

**VIA ECF**
Hon. Judge Sidney H. Stein
United States District Judge         **MEMO ENDORSED**
United States District Court
Southern District of New York
500 Pearl Street, New York, New York 10007

re:   **Idise v. Ponce Bank, et al.**
      **SDNY Case No. 1:21-cv-02263-SHS**

Dear Hon. Judge Stein:

Our office represents Plaintiff in the above-captioned action and writes on behalf of all parties. The parties are in the process of circulating the final settlement agreement for execution. Accordingly, we respectfully request an adjournment of the telephone conference scheduled for Thursday, 1/27/22, at 11:00 a.m. A stipulation of dismissal is likely to be filed within 30 days.

Thank you for your consideration.

Respectfully submitted,

s/ Joshua Gittleman, Esq.

**If a stipulation of dismissal is not filed by February 25, 2022, there will be a teleconference on February 25, 2022, at 9:00 a.m.**

**Dated: New York, New York
        January 26, 2022**

SO ORDERED:

Sidney H. Stein, U.S.D.J.